IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| JUDY MORRILL and TOM MORRILL, her husband, Plaintiffs, | CV 15-7-BU-BMM |
| vs. | ORDER |
| UNITED STATES OF AMERICA, Defendant. | |

Pursuant to the United States' unopposed motion for leave for all counsel to appear by telephone at the preliminary pretrial conference scheduled for November 16, 2016 at 3:30 p.m., and for good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. The Court will initiate the preliminary pretrial conference call. The Court will contact the parties with the call in number.

**DATED** this 10th day of November, 2016.

_____
Brian Morris
United States District Court Judge