# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **JUDY MORRILL and TOM MORRILL, her husband,** Plaintiffs, | CV 15-7-BU-BMM |
| vs. | ORDER |
| **UNITED STATES OF AMERICA,** Defendant. | |

Pursuant to the United States' unopposed motion for clarification, the Order issued by this Court on June 26, 2017 (Doc. 10) is amended to reflect the following change:

Discovery shall close on: <u>July 31, 2017</u>

**DATED** this 11th day of July, 2017.

_Brian Morris_
Brian Morris
United States District Court Judge

1