# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **JUDY MORRILL and TOM MORRILL, her husband,** | CV 15-7-BU-BMM |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| vs. | |
| **UNITED STATES OF AMERICA,** | |
| Defendant. | |

Upon consideration of the joint stipulation for dismissal filed by the plaintiffs and defendant,

IT IS HEREBY ORDERED that all claims of the plaintiffs, Judy Morrill and Tom Morrill, against the defendant United States of America, are dismissed with prejudice as fully compromised and settled on the merits, each party to bear their own costs and expenses.

DATED this 20th of November, 2017.

Brian Morris
United States District Court Judge